# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0035.  TRACY MAYFIELD v. THE STATE.**

Tracy Mayfield seeks review of the trial court's order denying his motion to reduce/modify sentence. The superior court's order was entered on April 4, 2012, and Mayfield filed his application for discretionary appeal on August 29, 2012.

A discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, Mayfield filed his application 147 days after entry of the order he seeks to appeal. We lack jurisdiction to consider an untimely application for discretionary appeal. See *Hill*, supra. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/20/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*